UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:
SANFORD EUGENE RUSSELL AND
JOAN BROOKE RUSSELL FKA JOAN
BROOKE SUSSMAN

CASE NO. 6:10-bk-05243-ABB
CHAPTER 13

Debtor(s).

_____/

### NOTICE OF WITHDRAWAL OF CLAIM FILED BY U.S. BANK, N.A

Comes now the Movant, U.S. BANK, N.A. by and through its undersigned attorney, and pursuant to all applicable bankruptcy laws and rules, and respectfully notices this Court that its Claim, filed with this Court on August 11, 2010, with docket No. 16, is hereby withdrawn.

DOUGLAS C. ZAHM, P.A.

/s/ Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240 SPN No. 231032
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675
12425 28th Street North, Suite 200
St. Petersburg, FL 33716
Telephone No. (727) 536-4911
Fax No. (727) 539-1094
Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Notice of Withdrawal was served as follows:

The parties identified below were served by NEF on this 11th day of AUGUST 2010.

ISABEL E FREEMAN, ESQUIRE
Freeman Legal Associates PA
Post Office Box 339
Ocoee, FL 34761

LAURIE K. WEATHERFORD
P.O. Box 3450
Winter Park, FL 32790

ORLANDO DIVISIONS
U.S. BANKRUPTCY TRUSTEE
135 W. Central Blvd.,#620
Orlando, FL 32801

The parties identified below were served on this 11th day of AUGUST 2010, by US Mail.

SANFORD EUGENE RUSSELL
4377 SAMBOURNE STREET
CLERMONT, FL 34711

JOAN BROOKE RUSSELL FKA JOAN BROOKE SUSSMAN
4377 SAMBOURNE STREET
CLERMONT, FL 34711

/s/ Carol A. Lawson
Douglas C. Zahm, Esquire
Florida Bar No. 166240SPN No. 231032
Douglas M. Bales, Esquire
Florida Bar No. 0767270
Carol A. Lawson, Esquire
Florida Bar No. 132675